# EXHIBIT 13

U.S. Patent No. 7,130,625

| Claim 16 | Identification: T-Mobile Cellular with WiFi Calling |
|---|---|
| 16[pre] A universal wireless access gateway comprising: | The T-Mobile system includes a universal wireless access gateway.<br><br><br><br>Figure 44: HO Architecture Wi-Fi <-> LTE<br><br>Source: VoWiFi Service Description, Version 1.0, 03 March 2015 - GSM Association, Official Document V2020.02 - VoWiFi Service Description.<br><br>**Wi-Fi Calling from T-Mobile**<br><br>Wi-Fi Calling lets you call or text on Wi-Fi networks with your T-Mobile phone number, extending your coverage and keeping you connected! Be aware these details are only for T-Mobile Wi-Fi Calling. Calling and messaging from other apps (Skype, WhatsApp, Google Voice, etc.) may work over Wi-Fi or cellular data, but you must contact the app developer for help or billing.<br><br>Source: https://www.t-mobile.com/support/coverage/wi-fi-calling-from-t-mobile |

Page 1

| | |
|---|---|
| | *See also* 16[a]-16[c] below. |
| 16[a] a shared component; | The T-Mobile system includes a shared component, for example, at least the HSS.  Figure 44: HO Architecture Wi-Fi <-> LTE  Source: VoWiFi Service Description, Version 1.0, 03 March 2015 - GSM Association, Official Document V2020.02 - VoWiFi Service Description. |



Source: VoLTE Service Description and Implementation Guidelines  Version 2.0  07 October 2014

Page 3

| | |
|---|---|
| 16[b] a first environment access module that communicates with the shared component to enable access to a first network using a first wireless access technology; and | The T-Mobile system includes a first environment access module, for example, at least the MME, that communicates with the shared component to enable access to a first network using a first wireless access technology (such as cellular access).<br><br><br><br>Figure 44: HO Architecture Wi-Fi <-> LTE<br><br><u>Source</u>: VoWiFi Service Description, Version 1.0, 03 March 2015 - GSM Association, Official Document V2020.02 - VoWiFi Service Description. |



<u>Source</u>: VoLTE Service Description and Implementation Guidelines  Version 2.0  07 October 2014

Page 5

| | |
|---|---|
| 16[c] a second environment access module that communicates with the shared component to enable access to a second network using a second wireless access technology that differs from the first wireless access technology. | The T-Mobile system includes a second environment access module, for example, at least the 3GPP AAA Server, that communicates with the shared component to enable access to a second network using a second wireless access technology (such as Wi-Fi) that differs from the first wireless access technology (such as cellular).<br><br><br><br>Figure 44: HO Architecture Wi-Fi <-> LTE<br><br><u>Source</u>: VoWiFi Service Description, Version 1.0, 03 March 2015 - GSM Association, Official Document V2020.02 - VoWiFi Service Description. |



6.3.3 **Detailed Description**
The UE detects the Wi-Fi network and determines to perform a handover from LTE to Wi-Fi.

<u>Source</u>: VoWiFi Service Description _Version 1.0, 03 March 2015 - GSM Association, Official Document V2020.02 - VoWiFi Service Description

Page 7