# EXHIBIT 14

U.S. Patent No. 8,307,063

| Claim 1 | Identification: T-Mobile Cellular |
|---|---|
| 1[pre] A method for controlling the communication of user data associated, at a plurality of network switches on a network, with a user on the network, the method comprising: | T-Mobile provides a network including network switches that provide for the control of user high-speed data across the cellular network. For example, T-Mobile provides various data plans for individuals and families that control communication of user data.<br><br>See also 1[a]-1[e] below. |
| 1[a] in at least one of the plurality of network switches, | T-Mobile provides interconnected network switches across the United States to provide cellular service and these switches include at least one network switch for providing a variety of operations to control the communication of user high-speed data.<br><br>T-Mobile 5G Coverage<br><br>Source: https://www.t-mobile.com/coverage/network |

| Claim 1 | Identification: T-Mobile Cellular |
|---|---|
| 1[b] accessing user profile information of the user, wherein the user profile information comprises at least a data volume allowance for the user; | T-Mobile maintains a user profile that includes a user's high-speed data volume allowance that is accessed by a network switch.<br><br>If you have access to a computer, a printer, and a postpaid account, you can print up to one year of your phone records through T-Mobile.com.<br><br>1. Log in to T-Mobile.com.<br>2. In the top menu, select **Usage**.<br>3. When the usage details display, choose the type of usage:<br><br>- Data<br>- Messages<br>- Calls<br>- Mobile Hotspots<br>- Data Pass<br><br>4. Select the line you want to view.<br>5. Choose **Download all records**.<br>6. Save the file to your desktop, then open and print it.<br><br>**Usage details**<br><br>- T-Mobile sends you a free text message when you reach 80% or 100% of your usage.<br>- Data, text and minute usage while roaming may take up to 30 days to appear and may impact what shows as available.<br>- If you change your plan on any day but the first day of your billing cycle, any usage before the plan change isn't included.<br>- For shared accounts (like a business account), text usage shows both your usage and the pooled usage combined.<br>- Data and text usage is displayed in Pacific Time (PT) and typically updates every two hours.<br>- Smartphone Mobile HotSpot usage is only available in the T-Mobile app.<br><br>Source: https://www.t-mobile.com/support/account/check-your-usage<br><br>See also 1[c], 1[d] below. |

Page 2

| | |
|---|---|
| 1[c] monitoring a volume of data used by the user over the network regardless of which of a plurality of devices the user uses to access the at least one of the plurality of network switches; | T-Mobile provides a network switch that monitors high-speed data volume usage over the network regardless of which device is used to access the network switches.<br><br><br><br>Source: https://www.t-mobile.com/support/account/check-your-usage<br><br>Source: https://prepaid.t-mobile.com/prepaid-plans |

Page 3

| Claim 1 | Identification: T-Mobile Cellular |
|---|---|
| | **What's included with Mobile Internet for HotSpots**<br><br>Mobile Internet plans for your HotSpot device include:<br><br>✔ Unlimited data with several plan options that provide different amounts of high-speed data, depending on your needs. You choose the number of GB you need!<br>✔ Unlimited 3G Mobile HotSpot after you use your high-speed data up to your plan's limit.<br>✔ Unlimited texting (on compatible devices)<br>✔ Monthly regulatory fees and taxes on your service plan included in the price (see in-store materials for specifics in your state)<br>✔ Stretch your data farther with optimized, DVD-quality video streaming (480p)<br>✔ Texting & data (up to 256 kbps) abroad in 215+ countries & destinations (texting on compatible devices)<br>✔ Unlimited texting in Mexico & Canada & up to 5 GB of 4G LTE data<br><br>Source: https://www.t-mobile.com/support/plans-features/mobile-internet-plans-for-hotspots<br><br>**Unlimited Mobile Internet with up to 30GB of 5G & 4G LTE Data**<br><br>Unlimited Prepaid Mobile Internet with up to 30GB of 5G & 4G LTE data • Unlimited data on our U.S. network • No overages or annual service contracts • Includes up to 30GB High Speed Data, available for use in the U.S. and up to 5GB for use in Mexico & Canada • Up to 200MB domestic roaming • 5G access at no extra charge with capable device Additional Details: • Available to US and Puerto Rico customers • Plan does not include talk or text • No activation fees • No International data roaming<br><br>Up to 30GB high-speed data, then unlimited on our network at max 2G speeds (128kbps). Capable device required for 5G access; coverage not available in some areas. Some uses may require certain plan or feature; see T-Mobile.com. During congestion, customers on this plan may notice speeds lower speeds than other customers and further reduction if using >50GB/mo., due to data prioritization. Video typically streams at DVD quality (480p).<br><br>Source: https://prepaid.t-mobile.com/plan-detail/mobile-internet<br><br>See also 1[d] below. |

| | |
|---|---|
| 1[d] controlling the communication of user data on the network by permitting said communication of user data through the plurality of switches while the volume of data used by the user is within the data volume allowance for the user, and; | T-Mobile permits communication over the network of high-speed data (user data) using switches while the high-speed data volume is within the data volume allowance for the user.<br><br><br><br>Source: https://prepaid.t-mobile.com/prepaid-plans<br><br>**What's included with Mobile Internet for HotSpots**<br><br>Mobile Internet plans for your HotSpot device include:<br><br>✓ Unlimited data with several plan options that provide different amounts of high-speed data, depending on your needs. You choose the number of GB you need!<br>✓ Unlimited 3G Mobile HotSpot after you use your high-speed data up to your plan's limit.<br>✓ Unlimited texting (on compatible devices)<br>✓ Monthly regulatory fees and taxes on your service plan included in the price (see in-store materials for specifics in your state)<br>✓ Stretch your data farther with optimized, DVD-quality video streaming (480p)<br>✓ Texting & data (up to 256 kbps) abroad in 215+ countries & destinations (texting on compatible devices)<br>✓ Unlimited texting in Mexico & Canada & up to 5 GB of 4G LTE data<br><br>Source: https://www.t-mobile.com/support/plans-features/mobile-internet-plans-for-hotspots |

Page 5

| Claim 1 | Identification: T-Mobile Cellular |
|---|---|
|  | **Unlimited Mobile Internet with up to 30GB of 5G & 4G LTE Data**<br><br>Unlimited Prepaid Mobile Internet with up to 30GB of 5G & 4G LTE data • Unlimited data on our U.S. network • No overages or annual service contracts • Includes up to 30GB High Speed Data, available for use in the U.S. and up to 5GB for use in Mexico & Canada • Up to 200MB domestic roaming • 5G access at no extra charge with capable device Additional Details: • Available to US and Puerto Rico customers • Plan does not include talk or text • No activation fees • No International data roaming<br><br>Up to 30GB high-speed data, then unlimited on our network at max 2G speeds (128kbps). Capable device required for 5G access; coverage not available in some areas. Some uses may require certain plan or feature; see T-Mobile.com. During congestion, customers on this plan may notice speeds lower speeds than other customers and further reduction if using >50GB/mo., due to data prioritization. Video typically streams at DVD quality (480p).<br><br>Source: https://prepaid.t-mobile.com/plan-detail/mobile-internet |

| | |
|---|---|
| 1[e] preventing said communication of user data if the volume of data used by the user reaches or exceeds the data volume allowance for the user. | T-Mobile prevents the communication of high-speed data (user data) when the high-speed data volume exceeds the high-speed data volume allowance for the user.<br><br><br><br>Source: https://prepaid.t-mobile.com/prepaid-plans<br><br>Source: https://www.t-mobile.com/support/plans-features/mobile-internet-plans-for-hotspots |

Page 7

| Claim 1 | Identification: T-Mobile Cellular |
|---|---|
| | **Unlimited Mobile Internet with up to 30GB of 5G & 4G LTE Data**<br><br>Unlimited Prepaid Mobile Internet with up to 30GB of 5G & 4G LTE data • Unlimited data on our U.S. network • No overages or annual service contracts • Includes up to 30GB High Speed Data, available for use in the U.S. and up to 5GB for use in Mexico & Canada • Up to 200MB domestic roaming • 5G access at no extra charge with capable device Additional Details: • Available to US and Puerto Rico customers • Plan does not include talk or text • No activation fees • No International data roaming<br><br>*Up to 30GB high-speed data, then unlimited on our network at max 2G speeds (128kbps). Capable device required for 5G access; coverage not available in some areas.* Some uses may require certain plan or feature; see T-Mobile.com. During congestion, customers on this plan may notice speeds lower speeds than other customers and further reduction if using >50GB/mo., due to data prioritization. Video typically streams at DVD quality (480p).<br><br>Source: https://prepaid.t-mobile.com/plan-detail/mobile-internet<br><br>See also 1[d] above. |