# EXHIBIT 21

U.S. Patent No. 7,085,364

| Claim 1 | Identification |
|---|---|
| 1[pre] A conference call telephone system, comprising: | To the extent the preamble is limiting, Defendants provide a conference call telephone system:<br><br>**Call screen**<br><br>After accepting a call, the interface functions are as follows:<br><br>● **Speaker:** Enables loud speaker mode during call.<br><br>● **Keypad:** Opens the dial pad.<br><br>● **Mute:** Mutes the microphone.<br><br>● **Add call:** Adds multiple calls.<br><br>● **Hold:** Allows you to answer a new call by putting the current call on hold and then resume the current call when the new call ends.<br><br>https://www.sprint.com/content/dam/sprint/us/en/device-assets/one-plus/oneplus-9-5g/documents/OnePlus_9_5G_User_Manual_V2.1.pdf |

| Claim 1 | Identification |
|---|---|
|  | ![Fans lined up to be the first to get the OnePlus 6T smartphone on October 29, 2018 at T-Mobile's Times Square Signature Store]<br><br>Fans lined up to be the first to get the OnePlus 6T smartphone on October 29, 2018 at T-Mobile's Times Square Signature Store<br><br>"We're excited to continue our partnership with T-Mobile," said Pete Lau, CEO and Founder of OnePlus. "In fact, users can get their hands on the OnePlus 7 Pro for the very first time at the T-Mobile Times Square store on May 14, with takeover events at T-Mobile stores in Chicago, Las Vegas, Miami, San Francisco and Santa Monica on May 15."<br><br>https://www.t-mobile.com/news/press/oneplus-7-pro-partnership-exclusive |

Page 2

| Claim 1 | Identification |
|---|---|
| | **OnePlus Community**  Home  My circles  All circles  Store  <br><br>Hi everyone,<br><br>This week we took two major steps forward.<br><br>The first, of course, was the introduction of our newest device, the all-new OnePlus 6T. This device is filled with incredible technology that has helped us to continue innovating and exciting our users. We can't wait to hear your reactions and hope that you love what we have helped create hand-in-hand with you!<br><br>The second was the announcement of our exclusive partnership in the United States with T-Mobile. Since OnePlus began, we have been committed to share the best technology with the world and ensure that no user has to settle for anything less. As we have watched our community grow in the United States, we received a lot of feedback about how to grow and reach a wider audience for the amazing technology we've created. The United States is different in that many users first think of their wireless provider when they think of smartphones.<br><br>In order for us to share our message and passion, we saw that partnering with another company was essential in fulfilling our main mission. We didn't want just any partner, we wanted a partner that shared our ideology and would support us for who we are and what we value. As we carefully considered our first partner in the United States we were continually led back to T-Mobile. T-Mobile has disrupted the wireless industry and even brands themselves as the "Un-Carrier." Their growth, commitment to listening to users, and brand identity could not have been more perfect to continue building a great community here in the United States.<br><br>https://community.oneplus.com/thread/933398 |

| Claim 1 | Identification |
|---|---|
|  | tmo_mike_c Community Manager · 2277 replies · ANSWER · 3 years ago<br>Yes, we do! It's called conference calling and it would be included with the unlimited talk plans.<br>+15  Like  Quote<br><br>https://community.t-mobile.com/accounts-services-4/three-way-calling-14920?postid=110279#post110279<br><br>**Usage**. Airtime usage is measured from the time the network begins to process a call (before the phone rings or the call is answered) through its termination of the call (after you hang up). For voice calls, we round up any fraction of a minute to the next full minute. Depending upon your Rate Plan, data usage may be rounded at the end of each data session, at the end of your billing cycle, and/or at the time you switch data plans. You may be charged for more than one call/message when you use certain features resulting in multiple inbound or outbound calls/messages (such as call forwarding, call waiting, voicemail, conference calling, and multi-party messaging). You will be charged for text, instant or picture messages, and email whether read or unread, sent or received, solicited or unsolicited. We use filters to block spam messages, but we do not guarantee that you will not receive spam or other unsolicited messages. Additional blocking options are available at www.my.T-Mobile.com. Most usage and Charges incurred during a billing cycle will be included in your bill for that cycle. Some usage and Charges may be delayed to a later billing cycle, which may cause you to exceed Rate Plan allotments in a later billing cycle. Unused Rate Plan allotments expire at the end of your billing cycle. You may be billed additional Charges for certain features and services. Charges for Wi-Fi usage may vary; see your Rate Plan for more details.<br><br>https://www.t-mobile.com/responsibility/legal/terms-and-conditions |
| 1[a] one or more network; | The system comprises at least one network. |
| 1[b] three or more telephone units interconnected by said one or more network to provide three or more participants of a conference call, at least one of said telephone units receiving and sending data packets including voice data packets; | The system comprises three or more telephone units interconnected by said one or more network to provide three or more participants of a conference call, at least one of said telephone units receiving and sending data packets including voice data packets.<br><br>For example, when three OnePlus phones connect to provide a conference call using 5G. |

| Claim 1 | Identification |
|---|---|
|  | **Experience America's largest and fastest 5G network on the latest 5G-enabled phone from OnePlus, only at T-Mobile.**<br><br>https://www.t-mobile.com/devices/newest-oneplus-phone-updates |
| 1[c] a display connected to at least one of said telephone units or forming a part of at least one of said telephone units; | The system comprises a display connected to at least one of said telephone units or forming a part of at least one of said telephone units.<br><br>For example, the telephone units include a screen. |

| Claim 1 | Identification |
|---|---|
|  | Screenshot of OnePlus 9 |
| 1[d] a device for monitoring calls of at least one of said telephone units to provide data to said display for showing conference call participant information as to the telephone units participating in the conference call; | The system comprises a device for monitoring calls of at least one of said telephone units to provide data to said display for showing conference call participant information as to the telephone units participating in the conference call.<br><br>For example, hardware/software inside the telephone unit provides data to said display as to the telephone units participating in the conference call. |

| Claim 1 | Identification |
|---|---|
|  | |
| 1[e] an input device associated with said display for selecting any of the telephone units from the conference call participant information and dropping the | The system comprises an input device associated with said display for selecting any of the telephone units from the conference call participant information and dropping the selected telephone unit from the conference call.<br><br>For example, a user can press the button to hang up a specific telephone unit. |

Page 7

| Claim 1 | Identification |
|---|---|
| selected telephone unit from the conference call. |  |