AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| Valtrus Innovations Ltd. | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 2:23cv444 |
| T-Mobile USA, Inc, et al | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Valtrus Innovations Ltd.

Date: 09/26/2023

/s/ Andrea L. Fair
*Attorney's signature*

Andrea L. Fair; Texas Bar No. 24078488
*Printed name and bar number*

1507 Bill Owens Parkway
Longview, Texas 75604

*Address*

andrea@wsfirm.com
*E-mail address*

(903) 757-6400
*Telephone number*

(903) 757-2323
*FAX number*