AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

Valtrus Innovations Ltd.

*Plaintiff(s)*

v.

T-Mobile USA, Inc.; T-Mobile US, Inc.; Sprint Corp; OnePlus Technology (Shenzen) Co., Ltd. and OnePlus Mobile Communications (Guangdong) Co., Ltd.

*Defendant(s)*

Civil Action No. 2:23cv444

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* T-Mobile USA, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matthew G. Berkowitz
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
mberkowitz@reichmanjorgensen.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/27/2023

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:23cv444

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        SERVICE RETURN ATTACHED

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

Print    Save As...                                    Reset

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 2:23CV444

Plaintiff:
**Valtrus Innovations, Ltd.**

vs.

Defendant:
**T-Mobile USA, Inc., et al.**

For:
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604

Received by Dane Ray Cuppett on the 28th day of September, 2023 at 11:31 am to be served on **T-Mobile USA, Inc. c/o its Registered Agent, Corporation Service Company, 211 E. 7th Street, Ste. 620, Austin, Travis County, TX 78701**.

I, Dane Ray Cuppett, being duly sworn, depose and say that on the **29th day of September, 2023** at **3:20 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action, Civil Case Cover Sheet, Complaint for Patent Infringement and Jury Demand, and Exhibits 1-22** with the date of delivery endorsed thereon by me, to **Kaneisha Gross, Corporation Service Company** as the designated agent to accept delivery of process at the address of **211 E. 7th Street, Ste. 620, Austin, Travis County, TX 78701** on behalf of **T-Mobile USA, Inc.** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 29th day of September, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Dane Ray Cuppett
PSC-7114, Exp. 10/31/2023
Date: 9/29/2023

ATX Process, LLC
1411 W. 6th Street
Austin, TX 78703
(512) 717-5600

Our Job Serial Number: ATX-2023013384
Ref: Valtrus Innovations v. T-Mobile

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m