Revised: 9/3/2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall ☐ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

APPROVED
By Nakisha Love at 2:54 pm, Oct 05, 2023

1. This application is being made for the following: Case # 2:23-cv-444
Style/Parties: Valtrus Innovations Ltd., v. T-Mobile USA, Inc. et al.
2. Applicant is representing the following party/ies: Valtrus Innovations Ltd.
3. Applicant was admitted to practice in CA (state) on 06/28/2016 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
(see attached page)
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Matthew G. Berkowitz do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 10/05/2023        Signature /s/ Matthew G. Berkowitz (/s/Signature)

Application Continued on Page 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Matthew G. Berkowitz

Bar Number /State 310426

Firm Name: Reichman Jorgensen Lehman & Feldberg LLP

Address/P.O. Box: 100 Marine Parkway, Suite 300

City/State/Zip: Redwood Shores, CA 94065

Telephone #: (650) 623-1445

Fax #: (650)-623-1449

E-mail Address: mberkowitz@reichmanjorgensen.com

Secondary E-Mail Address:

This application has been approved for the court on: __10/5/2023__

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By ___*NakishaLove*___
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

Email Application

## **Matthew G. Berkowitz**

Member of the New York Bar – No. 4397899 (Admitted on 03/14/2006)

**Courts Admitted to Practice**

- United States Court of Appeals for the Ninth Circuit
- United States Court of Appeals for the Federal Circuit
- United States District Court for the Central District of California
- United States District Court for the Northern District of California
- United States District Court for the District of Colorado
- United States District Court for the Eastern District of Michigan
- United States District Court for the Eastern District of New York
- United States District Court for the Southern District of New York