AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Valtrus Innovations Ltd. <br><br> *Plaintiff(s)* <br> v. <br> T-Mobile USA, Inc.; T-Mobile US, Inc.; Sprint Corp; OnePlus Technology (Shenzen) Co., Ltd. and OnePlus Mobile Communications (Guangdong) Co., Ltd. <br> *Defendant(s)* | Civil Action No. 2:23cv444 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OnePlus Mobile Communications (Guangdong) Co., Ltd

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew G. Berkowitz
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
mberkowitz@reichmanjorgensen.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  9/27/2023

*David A. O'Toole*
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

Valtrus Innovations Ltd.

Plaintiff

Case No.: 2:23-cv-00444

vs.

T-Mobile USA, Inc., et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Thomas J. Bowman, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint for Patent Infringement and Jury Demand in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 9/29/2023 at 1:04 PM, I served OnePlus Mobile Communications (Guangdong) Co., Ltd. c/o OnePlus USA Corp., through its Registered Agent, Richard Wahng at 2479 East Bayshore Road, Suite 120, Palo Alto, California 94303 with the Summons and Complaint for Patent Infringement and Jury Demand by serving Richrad Wahng, Registered Agent, authorized to accept service.

Richrad Wahng is described herein as:

Gender: Male   Race/Skin: Asian   Age: 40   Weight: 190   Height: 6'3"   Hair: Black   Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

10/6/23
Executed On

Thomas J. Bowman, Jr.

Client Ref Number: N/A
Job #: 1624323

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050